UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Y.A.A.,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden of the Otay Mesa Detention Center; GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, ICE Enforcement and Removal Operations; TODD M. LYONS, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; and MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Respondents.

Case No.:  3:26-cv-03071-LEK-VET

**MINUTE ORDER DIRECTING RESPONDENTS TO: FILE A NOTICE OF LODGING CONCERNING EXHIBIT 5 TO THEIR RETURN TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS; AND SUBMIT A COPY OF EXHIBIT 5 TO THE CLERK'S OFFICE**

Petitioner Y.A.A. ("Petitioner") filed an Amended Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days; Complaint for Declaratory and Injunctive Relief ("Amended Petition") on May 20, 2026. [Dkt. no. 4.] Respondents Christopher J. LaRose, Senior Warden of the Otay Mesa Detention Center; Gregory J. Archambeault, San Diego Field Office Director, U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations; Todd M. Lyons, Senior Official Performing the Duties of the Director, ICE; and Markwayne Mullin, Secretary, U.S. Department of Homeland Security (collectively "Respondents"), filed a Return to Amended Petition for Writ of Habeas Corpus ("Return") on May 27, 2026. [Dkt. no. 8.]

Exhibit 5 to the Return is an audio file of Petitioner's May 22, 2026 custody redetermination hearing, which was submitted to the Court by email on May 27, 2026. See Return at 3 & n.3.

Respondents are ORDERED to file a notice of lodgment stating that an audio file was submitted to the Court on May 27, 2026 as Exhibit 5 to the Return by **June 26, 2026.** Respondents are also ORDERED to submit a copy of the audio file to the Clerk's Office by **June 26, 2026**. The copy of the audio file can be uploaded to a thumb drive or a compact disc. The thumb drive or the compact disk shall be submitted to the Clerk's Office with a courtesy copy of Respondents' notice of lodgment.

IT IS SO ORDERED.

3:26-cv-03071-LEK-VET

DATED AT HONOLULU, HAWAII, June 23, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**Y.A.A. VS. CHRISTOPHER J. LAROSE, ETC., ET AL.; CV 26-03071 LEK-VET; MINUTE ORDER DIRECTING RESPONDENTS TO: FILE A NOTICE OF LODGING CONCERNING EXHIBIT 5 TO THEIR RETURN TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS; AND SUBMIT A COPY OF EXHIBIT 5 TO THE CLERK'S OFFICE**

3:26-cv-03071-LEK-VET